Vincenzo Garcone, Respondent, *v.* Thomas & Buckley Hoisting Company, Appellant.

*Garcone* v. *Thomas & Buckley Hoisting Co.,* 177 App. Div. 885, affirmed.

(Argued April 16, 1919; decided May 2, 1919.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered March 1, 1917, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained
through the negligence of defendant. Defendant was
operating a " hoist " in a building under construction
in New York city. Plaintiff, an employee of another
contractor, was engaged in placing a loaded wheelbarrow
on the hoist, when it started upward without warning,
catching the plaintiff and crushing him between. the
platform of the hoist and the ceiling of the first floor of
the building, causing the injuries complained of. The
defense was contributory negligence. Also that the hoist
was started by the defendant's operator upon his receiving
the proper signal from one of plaintiff's fellow-servants.

*James S. Darcy, Charles H. Bailey* and *Edward D.
Loughman* for appellant.

*S. F. Peavey, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN and CRANE, JJ. Not sitting: MCLAUGHLIN. J.